**Fill in this information to identify the case:**

Debtor name  **Poplar Creek, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  **18-14161**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/6/18     x _____
                              Signature of individual signing on behalf of debtor

                              **Douglas C. Altenberger**
                              Printed name

                              **a Manager/a Designated Representative**
                              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Poplar Creek, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **18-14161**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals           12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................... $ 19,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................... $ 1,116,194.96

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................... $ 20,616,194.96

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 6,987,087.12

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$ 421,263.70

4. **Total liabilities** ................................................................
   Lines 2 + 3a + 3b            $ 7,408,350.82

**Fill in this information to identify the case:**

Debtor name    **Poplar Creek, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **18-14161**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BMO Harris Bank** | Checking | 8495 | $53.58 |
| 3.2. | **First American Bank** | Checking | | $79.00 |
| 3.3. | **Cornerstone National Bank and Trust** | Checking | | $62.38 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$194.96

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

|  | **Real Estate Tax Escrow** | | |
|---|---|---|---|
| 7.1. | **First American Bank** | | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Poplar Creek, LLC** | | Case number *(If known)* **18-14161** |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

|  | **$0.00** |
|---|---|

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **156,000.00** | - | **0.00** | = .... | **$156,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  | **$156,000.00** |
|---|---|

## Part 4:    Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Poplar Creek, LLC** | Case number *(If known)* **18-14161** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **2401 West Higgins Road, Hoffman Estates, Illinois -- This property is comprised of two separate parcels. The first parcel is being leased to an entity known as Conference & Banquet Services, LLC.  The second parcel is scheduled for development as a hotel.** | Fee simple | $0.00 | fully developed | $19,500,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$19,500,000.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

Current value of debtor's interest

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Poplar Creek, LLC**
_____    Case number *(If known)* **18-14161**
          Name

| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **The Debtor is a party to a Second Amended Redevelopment Agreement with the Village of Hoffman Estates which provides for, among other things, tax increment allocation financing pursuant to Tax Increment Allocation Redevelopment Act, 65 ILCS 5/11 - 74.4-1, et seq.,as amended. Under this Agreement, the Debtor projects that it will receive funding in the approximate annual amount of $240,000.00 for approximately 4 years.** | **$960,000.00** |

| 78. | **Total of Part 11.** | **$960,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Poplar Creek, LLC**                                    Case number *(If known)*  **18-14161**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $194.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $156,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $19,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $960,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,116,194.96 | + 91b. $19,500,000.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                          $20,616,194.96

**Fill in this information to identify the case:**

Debtor name **Poplar Creek, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **18-14161**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

| 2.1 | **Cook County Treasurer's Office** | Describe debtor's property that is subject to a lien | $230,000.00 | $19,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**118 N. Clark St., Suite 112
Chicago, IL 60602**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **First American Bank** | Describe debtor's property that is subject to a lien | $6,757,087.12 | $19,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**1650 Louis Ave.
Elk Grove Village, IL 60007**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**February 2004**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

Debtor    **Poplar Creek, LLC**    Case number (if know)    **18-14161**
_____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $6,987,087.12 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Mark Leipold**<br>**Gould & Ratner**<br>**222 N. LaSalle St., Suite 800**<br>**Chicago, IL 60601** | Line  **2.2** | |

| Fill in this information to identify the case: |
|---|

Debtor name **Poplar Creek, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **18-14161**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|
| | **Corporate Sign Systems**<br>**920 Central Ave.**<br>**Roselle, IL 60172** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,945.49 |
|---|---|---|---|
| | **Eckenhoff Saunders Architects**<br>**4751 Wilshire Blvd.**<br>**Los Angeles, CA 90010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,000.00 |
|---|---|---|---|
| | **George A. Moser**<br>**82 Hawley Woods Road**<br>**Barrington, IL 60010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,856.96 |
|---|---|---|---|
| | **Higgins & Barrington Commercial**<br>**2500 W. Higgins Road**<br>**Hoffman Estates, IL 60169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Poplar Creek, LLC | Case number (if known) | 18-14161 |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,852.50**

KLLM Architects Inc.
1657 W. Cortland Street
Chicago, IL 60622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00**

Madigan & Getzendanner
30 N. LaSalle St., Suite 3906
Chicago, IL 60602-2507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

Nicholas Duric
444 N. Northwest Hwy, #207
Park Ridge, IL 60068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186,635.00**

Northwest Partners Ltd. Partnership
2500 West Higgins Road
Hoffman Estates, IL 60169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,325.00**

RJ Augustine & Assoc. LTD. CPAS
999 Plaza Dr., Suite 650
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

Secretary of State
501 S. 2nd Street, Rm 351
Springfield, IL 62756-5200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Village of Hoffman Estates
Attn: Village Manager
1900 Hassell Road
Hoffman Estates, IL 60169-2308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Poplar Creek, LLC** | Case number (if known) | **18-14161** |
|---|---|---|---|

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,473.75 |
|---|---|---|---|

**W-T Engineering Inc.**
**2675 Pratum Ave.**
**Hoffman Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 421,263.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 421,263.70 |

---

| Fill in this information to identify the case: |
|---|

Debtor name    **Poplar Creek, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **18-14161**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of parcel improved with the Conference & Banquet Services, LLC and having property index number of 07-07-100-037. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

Conference & Banquet Services LLC
2401 W. Higgins Road
Hoffman Estates, IL

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | The Debtor is a party to a Second Amended Redevelopment Agreement with the Village of Hoffman Estates which provides for, among other things, tax increment allocation financing pursuant to Tax Increment Allocation Redevelopment Act, 65 ILCS 5/11 - 74.4-1, et seq.,as amended. Under this Agreement, the Debtor projects that it will receive funding in the approximate annual amount of $240,000.00 for approximately 4 years. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

Village of Hoffman Estates
Attn: Village Manager
1900 Hassell Road
Hoffman Estates, IL 60169-2308

**Fill in this information to identify the case:**

Debtor name __**Poplar Creek, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __**18-14161**__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules
that apply:* |
|---|---|---|---|---|
| 2.1 | Douglas C. Altenberger | c/o Poplar Creek LLC<br>2401 W. Higgins Road<br>Hoffman Estates, IL 60169 | **First American Bank** | ■ D __**2.2**__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | George A. Moser | c/o Poplar Creek LLC<br>2401 W. Higgins Road<br>Hoffman Estates, IL 60169 | **First American Bank** | ■ D __**2.2**__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | George M. Moser | c/o Poplar Creek LLC<br>2401 W. Higgins Road<br>Hoffman Estates, IL 60169 | **First American Bank** | ■ D __**2.2**__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Martin R. Walsh | c/o Poplar Creek LLC<br>2401 W. Higgins Road<br>Hoffman Estates, IL 60169 | **First American Bank** | ■ D __**2.2**__<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Poplar Creek, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **18-14161**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$90,000.00** |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$852,144.00** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$943,991.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor   **Poplar Creek, LLC**                                        Case number *(if known)*  **18-14161**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **Madigan and Getzendanner** | | $5,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **To protest property taxes.** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **First American Bank vs. Poplar Creek LLC et al.**<br>**2017-CH-14974** | **Foreclosure** | **Circuit Court of Cook County Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Village of Hoffman Estates**<br>**CE0011925** | **Ordinance Violation** | **Village of Hoffman Estates Code Enforcement Division** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

Debtor    **Poplar Creek, LLC**    Case number *(if known)*  **18-14161**

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

---

| Part 5: | Certain Losses |

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |

---

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Burke, Warren, MacKay & Serritella PC<br>330 N. Wabash Ave.<br>Suite 2100<br>Chicago, IL 60611** | | **5/15/18** | **$65,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

Debtor   **Poplar Creek, LLC**                                   Case number *(if known)* **18-14161**

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2500 W. Higgins Road Hoffman Estates, IL 60169** | **March 1998 to May 2018** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    __Poplar Creek, LLC_____    Case number *(if known)*  __18-14161__

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **Poplar Creek, LLC**                                    Case number *(if known)*  **18-14161**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **RJ Augustine & Assoc. LTD. CPAS**<br>**999 Plaza Dr., Suite 650**<br>**Schaumburg, IL 60173** | **2014 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **RJ Augustine & Assoc. LTD. CPAS**<br>**999 Plaza Dr., Suite 650**<br>**Schaumburg, IL 60173** | **2014 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **RJ Augustine & Assoc. LTD. CPAS**<br>**999 Plaza Dr., Suite 650**<br>**Schaumburg, IL 60173** | |
| 26c.2. | **Poplar Creek, LLC**<br>**2401 W. Higgins Road**<br>**Hoffman Estates, IL 60169** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **First American Bank**<br>**1650 Louis Ave.**<br>**Elk Grove Village, IL 60007** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

---

Debtor   **Poplar Creek, LLC**                                           Case number (if known)  **18-14161**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John P. Moser | | Manager | 10% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| George A. Moser | c/o Poplar Creek LLC 2401 W. Higgins Road Hoffman Estates, IL 60169 | Manager and Member | 36% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| George M. Moser | c/o Poplar Creek LLC 2401 W. Higgins Road Hoffman Estates, IL 60169 | Manager and Member | 22% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Douglas C. Altenberger | c/o Poplar Creek LLC 2401 W. Higgins Road Hoffman Estates, IL 60169 | Manager and Member | 22% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Martin R. Walsh | c/o Poplar Creek LLC 2401 W. Higgins Road Hoffman Estates, IL 60169 | Member | 10% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Debtor   **Poplar Creek, LLC**                                    Case number *(if known)* **18-14161**

Name of the pension fund                                    Employer Identification number of the parent
corporation

**Part 14:   Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _6 / 6 / 18_

_____                        **Douglas C. Altenberger**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **a Manager/a Designated Representative**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Poplar Creek, LLC**

Case No. **18-14161**

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 65,000.00 |
| Prior to the filing of this statement I have received | $ | 65,000.00 |
| Balance Due | $ | ** |

2.   The source of the compensation paid to me was:

**To be determined pursuant to Court Order(s).**

   [✔] Debtor      [ ] Other (specify):

3.   The source of compensation to be paid to me is:

   [✔] Debtor      [ ] Other (specify):

4.   [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_6-6-18_

Date

_David K. Welch 06183621_

*Signature of Attorney*

**Burke, Warren, MacKay & Serritella, P.C.**
**330 N. Wabash**
**21st Floor**
**Chicago, IL 60611**
**312-840-7122**
**dwelch@burkelaw.com**

*Name of law firm*

# BURKE, WARREN, MacKAY & SERRITELLA, P.C.

330 NORTH WABASH AVENUE
SUITE 2100
CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900

DAVID K. WELCH
DIRECT DIAL NUMBER
(312) 840-7122
dwelch@burkelaw.com

16897-00001

May 15, 2018

**<u>Via Hand Delivery</u>**

Poplar Creek, LLC
2401 W. Higgins Road
Hoffman Estates, Illinois 60169

Attn: Douglas C. Altenberger, a Manager

   Re: Chapter 11 Bankruptcy Case

Dear George:

This letter is to confirm the agreement reached with Poplar Creek, LLC ("Debtor") concerning the retention of the law firm of Burke, Warren, MacKay & Serritella, P.C. ("BWMS") in connection with the representation of the Debtor in a Chapter 11 bankruptcy case. After review of this letter, assuming it is acceptable to Debtor, please sign on the signature line provided, acknowledging your understanding of the terms of our retention, and return an executed copy to our office immediately.

The Debtor has paid BWMS the sum of $65,000.00 as an advance payment retainer for this engagement. In consideration and upon payment of this retainer, BWMS agrees to provide legal services on the Debtor' behalf in connection with the matters upon which BWMS has been retained as described above. This retainer will not be held in the client trust account of BWMS and will be treated as income by BWMS upon its receipt, whereupon it will be deposited into the general account of BWMS. This retainer shall be the exclusive property of BWMS upon its receipt and the Debtor retains no legal or equitable interest in this retainer.

Any portion of this retainer that is not earned or required for expenses will be refunded to the Debtor, after application of this retainer to accrued charges for legal services and expenses. In the event that the incurred charges for legal services and expenses exceed this retainer, Debtor agrees that BWMS shall be entitled to additional monies to account for the difference.

It is understood that due to the nature of the representation and the substantial risk to BWMS that BWMS may receive no further fees, BWMS is unwilling to represent the Debtor without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to BWMS was the choice of the Debtor, after consideration of other retainer options, including a security retainer. The Debtor acknowledges that the specific purpose of such advance payment retainer is to assure the Debtor of legal representation at least until such time as the retainer is exhausted, and that the advantage to the Debtor of such a retainer is that it provides such assurance by reducing the risk of creditor attachment of such a retainer and without the necessity of seeking bankruptcy court and/or creditor approval with respect to same. For

# BURKE, WARREN, MacKAY & SERRITELLA, P.C.

Poplar Creek, LLC
May 15, 2018
Page 2

your information, the initial hourly rates established by BWMS for David K. Welch and Brian P. Welch
are as follows:

| | |
|---|---|
| David K. Welch | $510 |
| Brian P. Welch | $310 |

The amount charged for legal services will be computed on the basis of the time expended, calculated on
an hourly basis. BWMS assigns hourly rates for each member of its legal staff based on years of experience,
degree of specialization and expertise, and level of professional attainment. Hourly rates for all personnel
are adjusted from time to time, generally at the beginning of each calendar year. Please understand that
time spent may include a broad array of telephone and personal contacts, email and traditional
correspondence, legal research, conferences, document drafting and review, attendance at depositions,
motions and trials/hearings and other activities.

Debtor is responsible for payment of out-of-pocket disbursements and other charges for items and services
incurred in connection with BWMS' professional services. These include, without limitation, expenses for
delivery and messenger service, travel, postage, printing and reproduction, filing fees, deposition and
transcript costs, document and data retention and management, filing and processing services, witness fees,
and charges made by outside experts and consultants, including accountants, appraisers, investigators and
other legal counsel (unless arrangements for direct billing have been made). Costs or disbursements may,
at BWMS' discretion, be billed by the vendor directly to Debtor, in which event Debtor shall make prompt,
direct payment to the vendor.

Unless Debtor advises BWMS in writing to use some other form of communication, BWMS intends to use
state of the art communication methods in the normal course (which may include wired or wireless e-mail,
cellular telephones, voice-over Internet and electronic data/document web sites) to communicate with and
send or make available documents to Debtor and others. Absent special arrangements or circumstances,
BWMS does not employ encryption technologies in electronic communications. Although there is some
security risk with the current technology, BWMS believes the benefits from using this technology outweigh
the risk of unintended disclosure. By signing this letter, Debtor consent to BWMS' use of these
communication methods.

BWMS will be representing the Debtor, on this particular matter, meaning that BWMS does not represent
any other of your interests or companies unless BWMS is specifically engaged to do so. Accordingly,
absent a specific, separate engagement to represent such other persons or entities, Debtor agrees that
BWMS' representation of Debtor does not create an attorney-client relationship between the BWMS and
any of such other persons or entities. Thus, attorney client privilege exists between Debtor and BWMS;
any information BWMS receives may be disclosed to Debtor or its governing persons. If BWMS
determines in the course of its representation that any individual is acting, or may act, in a way that may be
adverse to the interests of the entity, BWMS may have an obligation to report this to the management of
Debtor.

Debtor has the right to terminate BWMS' representation of Debtor at any time for any reason by written
notice to BWMS. To the extent permitted by the applicable rules of professional conduct, BWMS also
reserves the right to terminate its representation of Debtor upon written notice given at any time and for
any reason. If either Debtor or BWMS terminates BWMS' representation of Debtor for any reason, Debtor

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

Poplar Creek, LLC
May 15, 2018
Page 3

will take all steps necessary to free BWMS of any obligation to perform further services for Debtor, including the execution of any documents necessary to substitute counsel and to consent to BWMS' withdrawal as Debtor's counsel in any proceeding. The termination of the attorney-client relationship will not affect Debtor's ongoing responsibility to pay any fees, costs and disbursements incurred through the date of termination or incurred subsequent to receipt of such notice but, in BWMS' view, reasonably necessary to protect Debtor's interest. Upon termination of BWMS' active involvement in a particular matter, BWMS will have no duty to inform Debtor of new developments or changes in law which may be relevant to such matter.

After this engagement has ended, Debtor may request delivery of Debtor's client files. Client files do not include BWMS documentation, including BWMS invoices, billing and timekeeping records, internal memoranda, e-mails and other communications between or among BWMS attorneys and/or other BWMS personnel; attorneys' notes; conflicts searches and other client intake-related documents; client relationship documentation; administrative records and other documents intended for internal use; and documents that BWMS is prohibited, by court order or agreement with a third party, from providing to Debtor. In the absence of a request for a file, the BWMS shall be authorized to destroy Debtor's client files in accordance with its retention policy for client files then in effect, without further notice. BWMS retains the right to make copies of any file, at BWMS' expense, for its own information and retention purposes. BWMS retains the right, after termination of the attorney-client relationship and subject to applicable law and rules of professional conduct, to retain Debtor's client files, including original documents and other materials, pending payment of any amount owed by Debtor to BWMS.

This letter represents the entire agreement between the parties with respect to the representation described herein, and no party is relying on, or is entitled to rely on, any statements not expressly contained herein. No changes may be made to this letter without the written consent of all the parties hereto. This letter will be governed by, construed and enforced in accordance with the internal laws of the State of Illinois, without regard to choice of law principles, and the United States Bankruptcy Code.

Please carefully review this letter. If the terms contained herein are not consistent with Debtor's understanding of the engagement of BWMS in any respect or if you have any questions, please call me promptly at (312) 840-7122. We appreciate the opportunity to be of service.

Sincerely yours,

David K. Welch

**AGREED, ACCEPTED AND UNDERSTOOD:**

Poplar Creek, LLC

By: _____
　　　Douglas C. Altenberger, a Manager

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Poplar Creek, LLC**                                    Case No.    **18-14161**

                                     Debtor(s)                   Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Douglas C. Altenberger<br>c/o Poplar Creek LLC<br>2401 W. Higgins Road<br>Hoffman Estates, IL 60169 | | 22% | Membership |
| George A. Moser<br>c/o Poplar Creek LLC<br>2401 W. Higgins Road<br>Hoffman Estates, IL 60169 | | 36% | Membership |
| George M. Moser<br>c/o Poplar Creek LLC<br>2401 W. Higgins Road<br>Hoffman Estates, IL 60169 | | 22% | Membership |
| John P. Moser | | 10% | Membership |
| Martin R. Walsh | | 10% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **a Manager/a Designated Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____6/6/18_____          Signature _____

                                          Douglas C. Altenberger

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.