# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** LaShonda A. Hunt  **Date** February 28, 2019

**Bankruptcy Case** 18 B 14161  **Adversary No.**

**Title of Case** Poplar Creek, LLC

**Brief Statement of Motion** Trial

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Trial scheduled to commence on March 19, 2019 at 9:30 a.m. is stricken. The Final Pre-Trial order entered on January 24, 2019 (docket number 87) is vacated and the Final Pre-Trial hearing scheduled for March 13, 2019 at 1:00 p.m. is stricken.

**JUDGE LASHONDA A. HUNT**
**UNITED STATES BANKRUPTCY COURT**