UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>POPLAR CREEK, LLC<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-14161<br><br>Chapter: 11<br>Honorable LaShonda Hunt |

## ORDER MODIFYING SCHEDULING ORDER AND CONTINUING HEARING

This matter coming to be heard on First American Bank's Agreed Motion to Modify Scheduling Order and Continuing Hearing (the "Motion"), the Court finding that it has jurisdiction over this matter and that proper and adequate notice of the Motion and the hearing on the Motion has been given and that no other or further notice is necessary:

IT IS HEREBY ORDERED THAT:

1. The Motion is Granted.

2. The May 2, 2019 hearing date in this case is stricken.

3. The United States Trustee's Motion to Convert Chapter 11 Case to a Case under Chapter 7 on Shortened Notice Given for Cause [Docket No. 116] (the "Motion to Convert"), and any other matters previously set for May 2, 2019, are rescheduled for hearing on May 8, 2019 at 11:00 a.m.

4. The deadline for the Debtor's Response to the Motion to Convert is extended to April 16, 2019.

5. The deadline for United States Trustee's reply to Debtor's Response to the Motion to Convert is extended to April 22, 2019.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: April 10, 2019

**Prepared by:**

Paul W. Carroll (ARDC #6196314)
PCarroll@gouldratner.com
Matthew A. Olins (ARDC #6275636)
molins@gouldratner.com
GOULD & RATNER LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Telephone: (312) 236-3003
Facsimile: (312) 236-3241
COUNSEL FOR FIRST AMERICAN BANK