UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-14161 |
| POPLAR CREEK, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| Debtor(s) | ) | |

### ORDER CONVERTING CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 ON SHORTENED NOTICE

This case is before the Court on the United States Trustee's Motion to Convert Chapter 11 Case to a Case Under Chapter 7. Due notice having been given, the Court having heard all the argument of the parties and all pleadings filed in this case, the Court hereby orders the following:

1. The Motion is granted;

2. Pursuant to 11 U.S.C. § 1112(b), this case is converted to a case under Chapter 7 of the Code, and the U.S. Trustee is authorized to appoint a Chapter 7 Trustee.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: May 22, 2019

**Prepared by:**

Ha M. Nguyen
Office of the U.S. Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
312-886-3320