# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| POPLAR CREEK, LLC, | ) | Case No. 18-14161 |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |

## AMENDED CERTIFICATE OF SERVICE

I, Micah R. Krohn, an attorney, hereby certify that on **May 13, 2020**, a true and correct copy of the **Trustee's Motion for Order Authorizing Sale of Property Free and Clear of Liens, Claims and Encumbrances; Approving Bidding Procedures; and Granting Related Relief** [Dkt. 176] was filed electronically and automatically served upon all parties listed on the attached Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, copies were served on that date via first class mail, return receipt requested, or e-mail upon the parties listed on the attached Service Lists, as indicated.

Dated: May 21, 2020                                  FRANCES GECKER, as Chapter 7 trustee of
                                                                        Poplar Creek, LLC

                                                                        By:      /s/ *Micah R. Krohn*
                                                                                    One of her attorneys

Micah R. Krohn (6217264)
FRANKGECKER LLP
1327 W. Washington, Ste. 5G
Chicago, Illinois  60654
Telephone:     (312) 276-1400
Facsimile:       (312) 276-0035

{POPLAR/001/00059292.DOCX/}

# Mailing Information for Case 18-14161

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Paul W Carroll    pcarroll@gouldratner.com, hcordo@gouldratner.com;mhannon@gouldratner.com;gferguson@gouldratner.com;gould-ecfs_notice@juralaw.net
- Andrew B Fuller    andrewfuller934@hotmail.com
- Frances Gecker    fgecker@fgllp.com, fgecker@ecf.axosfs.com;csmith@fgllp.com;fgecker@iq7technology.com
- Robert J Jumbeck    jjumbeck@burkelaw.com
- Micah R Krohn    mkrohn@fgllp.com, csmith@fgllp.com;mmatlock@fgllp.com;csucic@fgllp.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Mark E Leipold    mleipold@gouldratner.com, gferguson@gouldratner.com;mhannon@gouldratner.com;gould-ecfs_notice@juralaw.net
- Ha M Nguyen    ha.nguyen@usdoj.gov, USTP.region11.es.ecf@usdoj.gov
- Matthew A Olins    molins@gouldratner.com
- Ronald Peterson    rpeterson@jenner.com, lraiford@jenner.com,PJacobs@jenner.com
- Brian P Welch    bwelch@burkelaw.com, gbalderas@burkelaw.com
- David K Welch    dwelch@burkelaw.com, gbalderas@burkelaw.com;bwelch@burkelaw.com;welchdr67393@notify.bestcase.com

### VIA U.S. MAIL/CERTIFIED/RETURN RECEIPT REQUESTED

Conference & Banquet Services, LLC
2401 W. Higgins Road
Hoffman Estates, IL  60169

### E-MAIL SERVICE LIST

| | | |
|---|---|---|
| Chet | Balder | cbalder@heliosprop.com |
| Samuel | Blum | samuel@bhnassociates.com |
| Kage | Brown | kbrown@hubbardstreetgroup.com |
| Neal | Brown | nbrown@cohonraizes.com |
| Patricia | Cross | patricia.cross@hoffmanestates.org |
| Jad | Cruciger | jad.cruciger@ctt.com |
| Avi | Dimarsky | avi@weissproperties.com |
| Charles | Evans | chadevansrealtor@comcast.net |
| David | Friedler | david@cityviewcommercial.com |
| Anthony | Fumarolo | anthony@fumarolo.com |
| Jein | Gadson | jeingadson@gmail.com |

| | | |
|---|---|---|
| Chris | Goluba | chris.goluba@golubalaw.com |
| Travis | Hammond | travis.hammond@habiture.com |
| Matthew | Hershberger | mhershberger@lpsi.com |
| Matthew | Hill | hillmr21@gmail.com |
| Dave | Kunal | Laxmi43@aol.com |
| Jayme | Kurtyka | jak@resourceholdingsllc.com |
| Albert | Lindeman | al.lindeman@svn.com |
| Gil | Loloi | gil@namdarllc.com |
| Ted | Mavrakis | tmavrakis@hotmail.com |
| Keegan | Mehlhorn | kmehlhorn@greatlandpartners.com |
| Matt | Morrison | mmorrison@bristolgroupinc.com |
| Brad | Mulay | brad.mulay@ctt.com |
| Farhad | Nikanjam | fnikanjam@gmail.com |
| Mahesh | Pampati | maheshpampati@gmail.com |
| Graye | Parnell | graye@bridge33capital.com |
| JR | Patel | jr@helixhotels.com |
| Chhotalal (Charles) | Patel | charles@specialtyrolledmetals.com |
| Alpesh | Patel | alpesh@ganeshhotels.com |
| Haaris | Pervaiz | haarispervaiz@gmail.com |
| Aaron | Riffe | ariffe@hostmark.com |
| David | Schmidt | dschmidt@realtymetrix.com |
| Scott | Schoder | sschoder@hubbardstreetgroup.com |
| Nancy | Scott | scottn@altoffind.com |
| Anit | Sharma | anitsharma@yahoo.com |
| Jason | Simon | jason.simon@colliers.com |
| Mike | Smith | mike.r.smith@cbre.com |
| Simeon | Spirrison | simeon@adelphiaproperties.com |
| Rajiv | Sublok | RSUBLOK@HOTMAIL.COM |
| Christopher | Swann | cswann@cygnuscapital.com |
| Johnny/Hoffman Dev. Group | | johnnyt@hoffmanndevelopmentgroup.com |
| Meghan | Tyrell | meghan.tyrell@ctt.com |
| Jeffrey | Walker | jrw@jrwalker.com |
| Ryan | Walsh | rwalsh@sterlingbay.com |
| Shahid | | shahidh@sbcglobal.net |